FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

TRAVON JOHNSON,

             Plaintiff,

    v.

CITY OF LOS ANGELES; LOS ANGELES
POLICE OFFICER COMPTON; LOS
ANGELES POLICE SGT. LINDSEY, and
DOES 1 through 10, inclusive,

             Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV14-05848 DMG (Ex)
*Assigned to: Judge Dolly M. Gee*
*Courtroom: 7*

*Assigned to: Magistrate Charles F. Eick*
*Courtroom: 20 on 3rd Flr.*

[~~PROPOSED~~] **PROTECTIVE ORDER
RE DISCOVERY DISCLOSURE**

      IT IS SO ORDERED.  The Stipulation for Protective Order is hereby approved and shall govern the disclosure in this action of all "Confidential Information," as that term is described in the foregoing Stipulation.

DATED: _5/21/15_

_____
Charles F. Eick
United States Magistrate Judge