JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TRAVON JOHNSON,

PLAINTIFF(S)

v.

CITY OF LOS ANGELES, et al.,

DEFENDANT(S).

CASE NUMBER

CV 14-5848-DMG (Ex)

**JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**

    This action came on for jury trial, the Honorable Dolly M. Gee, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

    IT IS ORDERED AND ADJUDGED that the plaintiff, Travon Johnson, shall recover of the defendants Jason Compton, Thomas Grogan, and Marlon Lindsey the sum of $300,000.00.

Clerk, U. S. District Court

Dated: November 10, 2015

By    /s/ Kane Tien
       Deputy Clerk

cc: *Counsel of record*